The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 1480004 |
| Check Date | 07/23/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay** 1498.93

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 07/18/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2038.59 | 31998.76 |
| Total Deductions | | 539.66 | 8181.67 |
| Total Net | | 1498.93 | 23817.09 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 1.80 |
| Regular | 72.00 | | 1834.62 | 26703.86 |
| Shift Differential | | | | 1420.00 |
| National Holiday | | | | 1019.24 |
| PPL Scheduled | | | | 2242.32 |
| PPL Unscheduled | 8.00 | | 203.85 | 611.54 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 66.60 | 822.46 |
| United Healthcare Vision | 5.37 | 80.55 |
| Aetna Dental DMO Plan | | 84.11 |
| Addt'l Life (1 to 5x salary) | 7.05 | 105.62 |
| Child Life Insurance | 2.30 | 34.63 |
| Healthcare FSA | 23.08 | 312.81 |
| Employer Match on Transit Prgm | 15.00 | 210.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 18.50 | 463.34 |
| Medicare Employee | 27.46 | 438.38 |
| Pa State Income Tax | 59.07 | 941.25 |
| Penna UC/SDI Employee Contrib | 1.43 | 22.40 |
| City of Philadelphia Wage Tax | 79.71 | 1253.93 |
| Social Security EE | 117.40 | 1874.43 |
| TIAA/Cref TSA | 81.54 | 1279.90 |
| Transit pretax - Wage Works | 30.50 | 427.00 |
| Aetna Dental PPO Plan | 19.53 | 39.06 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 1000000576179 | 1498.93 |

The Children's Hospital of Philadelphia
Hope Lives Here

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

|  |  |
|---|---|
| Number | 1467923 |
| Check Date | 07/09/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay  1498.94**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|------|---------------|------------|------------|
| Natasha J. Babb | HOSP | 15210 | 07/04/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 80.00 | 2038.58 | 29960.17 |
| Total Deductions |  | 539.64 | 7642.01 |
| Total Net |  | 1498.94 | 22318.16 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Group Term Life Imputed Income |  | 0.12 | 0.12 | 1.68 |
| Regular | 56.00 |  | 1426.92 | 24869.24 |
| Shift Differential |  |  |  | 1420.00 |
| National Holiday | 8.00 |  | 203.85 | 1019.24 |
| PPL Scheduled | 16.00 |  | 407.69 | 2242.32 |
| PPL Unscheduled |  |  |  | 407.69 |

## Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| CHOP Preferred Care Plan | 66.60 | 755.86 |
| United Healthcare Vision | 5.37 | 75.18 |
| Aetna Dental DMO Plan |  | 84.11 |
| Addt'l Life (1 to 5x salary) | 7.05 | 98.57 |
| Child Life Insurance | 2.30 | 32.33 |
| Healthcare FSA | 23.08 | 289.73 |
| Employer Match on Transit Prgm | 15.00 | 195.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 18.50 | 444.84 |
| Medicare Employee | 27.46 | 410.92 |
| Pa State Income Tax | 59.07 | 882.18 |
| Penna UC/SDI Employee Contrib | 1.42 | 20.97 |
| City of Philadelphia Wage Tax | 79.71 | 1174.22 |
| Social Security EE | 117.39 | 1757.03 |
| TIAA/Cref TSA | 81.54 | 1198.36 |
| Transit pretax - Wage Works | 30.50 | 396.50 |
| Aetna Dental PPO Plan | 19.53 | 19.53 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 1000000576179 | 1498.94 |

The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 1455509 |
| Check Date | 06/25/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay**  1519.27

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 06/20/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2038.58 | 27921.59 |
| Total Deductions | | 519.31 | 7102.37 |
| Total Net | | 1519.27 | 20819.22 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 1.56 |
| Regular | 80.00 | | 2038.46 | 23442.32 |
| Shift Differential | | | | 1420.00 |
| National Holiday | | | | 815.39 |
| PPL Scheduled | | | | 1834.63 |
| PPL Unscheduled | | | | 407.69 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 669.26 |
| United Healthcare Vision | 5.37 | 69.81 |
| Aetna Dental DMO Plan | 6.47 | 84.11 |
| Addt'l Life (1 to 5x salary) | 7.04 | 91.52 |
| Child Life Insurance | 2.31 | 30.03 |
| Healthcare FSA | 23.80 | 266.65 |
| Employer Match on Transit Prgm | 15.00 | 180.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 21.10 | 426.34 |
| Medicare Employee | 27.83 | 383.46 |
| Pa State Income Tax | 59.86 | 823.11 |
| Penna UC/SDI Employee Contrib | 1.43 | 19.55 |
| City of Philadelphia Wage Tax | 79.91 | 1094.51 |
| Social Security EE | 119.01 | 1639.64 |
| TIAA/Cref TSA | 81.54 | 1116.82 |
| Transit pretax - Wage Works | 30.50 | 366.00 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 1000000576179 | 1519.27 |

CH The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 1444389 |
|---|---|---|
| | Check Date | 06/11/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay** 1519.28

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 06/06/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2038.58 | 25883.01 |
| Total Deductions | | 519.30 | 6583.06 |
| Total Net | | 1519.28 | 19299.95 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 1.44 |
| Regular | 56.00 | | 1426.92 | 21403.86 |
| Shift Differential | | | | 1420.00 |
| National Holiday | 8.00 | | 203.85 | 815.39 |
| PPL Scheduled | | | | 1834.63 |
| PPL Unscheduled | 16.00 | | 407.69 | 407.69 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 636.24 |
| United Healthcare Vision | 5.37 | 64.44 |
| Aetna Dental DMO Plan | 6.47 | 77.64 |
| Addt'l Life (1 to 5x salary) | 7.04 | 84.48 |
| Child Life Insurance | 2.31 | 27.72 |
| Healthcare FSA | 23.80 | 242.85 |
| Employer Match on Transit Prgm | 15.00 | 165.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 21.10 | 405.24 |
| Medicare Employee | 27.83 | 355.63 |
| Pa State Income Tax | 59.86 | 763.25 |
| Penna UC/SDI Employee Contrib | 1.43 | 18.12 |
| City of Philadelphia Wage Tax | 79.91 | 1014.60 |
| Social Security EE | 119.00 | 1520.63 |
| TIAA/Cref TSA | 81.54 | 1035.28 |
| Transit pretax - Wage Works | 30.50 | 335.50 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 1000000576179 | 1519.28 |

CH The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 1433171 |
| --- | --- | --- |
| | Check Date | 05/28/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay  1519.28**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
| --- | --- | --- | --- |
| Natasha J. Babb | HOSP | 15210 | 05/23/2015 |

## Summary

| Description | Hours | Current | Year to Date |
| --- | --- | --- | --- |
| Total Gross | 80.00 | 2038.59 | 23844.43 |
| Total Deductions | | 519.31 | 6063.76 |
| Total Net | | 1519.28 | 17780.67 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
| --- | --- | --- | --- | --- |
| Group Term Life Imputed Income | | 0.12 | 0.12 | 1.32 |
| Regular | 72.00 | | 1834.62 | 19976.94 |
| Shift Differential | | | | 1420.00 |
| National Holiday | | | | 611.54 |
| PPL Scheduled | 8.00 | | 203.85 | 1834.63 |

## Deductions

| Description | Current | Year to Date |
| --- | --- | --- |
| CHOP Preferred Care Plan | 53.02 | 583.22 |
| United Healthcare Vision | 5.37 | 59.07 |
| Aetna Dental DMO Plan | 6.47 | 71.17 |
| Addt'l Life (1 to 5x salary) | 7.04 | 77.44 |
| Child Life Insurance | 2.31 | 25.41 |
| Healthcare FSA | 23.80 | 219.05 |
| Employer Match on Transit Prgm | 15.00 | 150.00 |
| Federal Income Tax Withholding | 21.10 | 384.14 |

| | | |
|---|---|---|
| Medicare Employee | 27.83 | 327.80 |
| Pa State Income Tax | 59.86 | 703.39 |
| Penna UC/SDI Employee Contrib | 1.43 | 16.69 |
| City of Philadelphia Wage Tax | 79.91 | 934.69 |
| Social Security EE | 119.01 | 1401.63 |
| TIAA/Cref TSA | 81.54 | 953.74 |
| Transit pretax - Wage Works | 30.50 | 305.00 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 1000000576179 | 1519.28 |

The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 1421968 |
|---|---|---|
| | Check Date | 05/14/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay  1547.97**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 05/09/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2078.59 | 21805.84 |
| Total Deductions | | 530.62 | 5544.45 |
| Total Net | | 1547.97 | 16261.39 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 1.20 |
| Regular | 72.00 | | 1834.62 | 18142.32 |
| Shift Differential | | 40.00 | 40.00 | 1420.00 |
| National Holiday | | | | 611.54 |
| PPL Scheduled | 8.00 | | 203.85 | 1630.78 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 530.20 |
| United Healthcare Vision | 5.37 | 53.70 |
| Aetna Dental DMO Plan | 6.47 | 64.70 |
| Addt'l Life (1 to 5x salary) | 7.04 | 70.40 |
| Child Life Insurance | 2.31 | 23.10 |
| Healthcare FSA | 23.80 | 195.25 |
| Employer Match on Transit Prgm | 15.00 | 135.00 |
| Federal Income Tax Withholding | 24.94 | 363.04 |

| | Medicare Employee | 28.41 | 299.97 |
|---|---|---|---|
| | Pa State Income Tax | 61.09 | 643.53 |
| | Penna UC/SDI Employee Contrib | 1.45 | 15.26 |
| | City of Philadelphia Wage Tax | 81.48 | 854.78 |
| | Social Security EE | 121.48 | 1282.62 |
| | TIAA/Cref TSA | 83.14 | 872.20 |
| | Transit pretax - Wage Works | 30.50 | 274.50 |

### Auto Deposit Distributions

| Account | Amount |
|---|---|
| 1000000576179 | 1547.97 |

CH The Children's Hospital of Philadelphia®
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 110277 |
| Check Date | 04/30/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay  1605.51**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 04/25/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2118.58 | 19727.25 |
| Total Deductions | | 513.07 | 5013.83 |
| Total Net | | 1605.51 | 14713.42 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 1.08 |
| Regular | 80.00 | | 2038.46 | 16307.70 |
| Shift Differential | | 80.00 | 80.00 | 1380.00 |
| National Holiday | | | | 611.54 |
| PPL Scheduled | | | | 1426.93 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 477.18 |
| United Healthcare Vision | 5.37 | 48.33 |
| Aetna Dental DMO Plan | 6.47 | 58.23 |
| Addt'l Life (1 to 5x salary) | 7.04 | 63.36 |
| Child Life Insurance | 2.31 | 20.79 |
| Healthcare FSA | 19.05 | 171.45 |
| Employer Match on Transit Prgm | | 120.00 |
| Federal Income Tax Withholding | 32.30 | 338.10 |

| Medicare Employee | 29.51 | 271.56 |
| Pa State Income Tax | 62.46 | 582.44 |
| Penna UC/SDI Employee Contrib | 1.48 | 13.81 |
| City of Philadelphia Wage Tax | 83.05 | 773.30 |
| Social Security EE | 126.15 | 1161.14 |
| TIAA/Cref TSA | 84.74 | 789.06 |
| Transit pretax - Wage Works | | 244.00 |

The Children's Hospital of Philadelphia®
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 109843 |
| Check Date | 04/16/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb                                          **Net Pay** 1654.42
1904 Penfield St
Philadelphia, PA 19138                                   NON-NEGOTIABLE
US

| Name | Process Level | Department | Period End |
|------|---------------|------------|------------|
| Natasha J. Babb | HOSP | 15210 | 04/11/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 80.00 | 2224.58 | 17608.67 |
| Total Deductions | | 570.16 | 4500.76 |
| Total Net | | 1654.42 | 13107.91 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 0.96 |
| Regular | 80.00 | | 2038.46 | 14269.24 |
| Shift Differential | | 60.00 | 60.00 | 1300.00 |
| | | 126.00 | 126.00 | |
| National Holiday | | | | 611.54 |
| PPL Scheduled | | | | 1426.93 |

## Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| CHOP Preferred Care Plan | 53.02 | 424.16 |
| United Healthcare Vision | 5.37 | 42.96 |
| Aetna Dental DMO Plan | 6.47 | 51.76 |
| Addt'l Life (1 to 5x salary) | 7.04 | 56.32 |
| Child Life Insurance | 2.31 | 18.48 |
| Healthcare FSA | 19.05 | 152.40 |
| Employer Match on Transit Prgm | 15.00 | 120.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 41.40 | 305.80 |
| Medicare Employee | 30.59 | 242.05 |
| Pa State Income Tax | 65.72 | 519.98 |
| Penna UC/SDI Employee Contrib | 1.56 | 12.33 |
| City of Philadelphia Wage Tax | 87.20 | 690.25 |
| Social Security EE | 130.83 | 1034.99 |
| TIAA/Cref TSA | 88.98 | 704.32 |
| Transit pretax - Wage Works | 30.50 | 244.00 |

The Children's Hospital of Philadelphia®
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 109442 |
|---|---|---|
| | Check Date | 04/02/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay**  1601.90

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 03/28/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2148.59 | 15384.09 |
| Total Deductions | | 546.69 | 3930.60 |
| Total Net | | 1601.90 | 11453.49 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 0.84 |
| Regular | 48.00 | | 1223.08 | 12230.78 |
| Shift Differential | | 20.00 | 20.00 | 1114.00 |
| | | 90.00 | 90.00 | |
| National Holiday | | | | 611.54 |
| PPL Scheduled | 32.00 | | 815.39 | 1426.93 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 371.14 |
| United Healthcare Vision | 5.37 | 37.59 |
| Aetna Dental DMO Plan | 6.47 | 45.29 |
| Addt'l Life (1 to 5x salary) | 7.04 | 49.28 |
| Child Life Insurance | 2.31 | 16.17 |
| Healthcare FSA | 19.05 | 133.35 |
| Employer Match on Transit Prgm | 15.00 | 105.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 32.13 | 264.40 |
| Medicare Employee | 29.50 | 211.46 |
| Pa State Income Tax | 63.39 | 454.26 |
| Penna UC/SDI Employee Contrib | 1.51 | 10.77 |
| City of Philadelphia Wage Tax | 84.22 | 603.05 |
| Social Security EE | 126.12 | 904.16 |
| TIAA/Cref TSA | 85.94 | 615.34 |
| Transit pretax - Wage Works | 30.50 | 213.50 |

The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 109054 |
| Check Date | 03/19/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay  1654.42**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 03/14/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2224.58 | 13235.50 |
| Total Deductions | | 570.16 | 3383.91 |
| Total Net | | 1654.42 | 9851.59 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 0.72 |
| Regular | 80.00 | | 2038.46 | 11007.70 |
| Shift Differential | | 60.00 | 60.00 | 1004.00 |
| | | 126.00 | 126.00 | |
| National Holiday | | | | 611.54 |
| PPL Scheduled | | | | 611.54 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 318.12 |
| United Healthcare Vision | 5.37 | 32.22 |
| Aetna Dental DMO Plan | 6.47 | 38.82 |
| Addt'l Life (1 to 5x salary) | 7.04 | 42.24 |
| Child Life Insurance | 2.31 | 13.86 |
| Healthcare FSA | 19.05 | 114.30 |
| Employer Match on Transit Prgm | 15.00 | 90.00 |

| | | |
|---|---:|---:|
| Federal Income Tax Withholding | 41.40 | 232.27 |
| Medicare Employee | 30.60 | 181.96 |
| Pa State Income Tax | 65.72 | 390.87 |
| Penna UC/SDI Employee Contrib | 1.55 | 9.26 |
| City of Philadelphia Wage Tax | 87.20 | 518.83 |
| Social Security EE | 130.83 | 778.04 |
| TIAA/Cref TSA | 88.98 | 529.40 |
| Transit pretax - Wage Works | 30.50 | 183.00 |

The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 108676 |
|---|---|---|
| | Check Date | 03/05/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

Net Pay  1630.34

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 02/28/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2188.58 | 11010.92 |
| Total Deductions | | 558.24 | 2813.75 |
| Total Net | | 1630.34 | 8197.17 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 0.60 |
| Regular | 64.00 | | 1630.77 | 8969.24 |
| Shift Differential | | 60.00 | 60.00 | 818.00 |
| | | 90.00 | 90.00 | |
| National Holiday | | | | 611.54 |
| PPL Scheduled | 16.00 | | 407.69 | 611.54 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 285.10 |
| United Healthcare Vision | 5.37 | 26.85 |
| Aetna Dental DMO Plan | 6.47 | 32.35 |
| Addt'l Life (1 to 5x salary) | 7.04 | 35.20 |
| Child Life Insurance | 2.31 | 11.55 |
| Healthcare FSA | 19.05 | 95.25 |
| Employer Match on Transit Prgm | 15.00 | 75.00 |

Case 15-15850-amc    Doc 8    Filed 08/14/15    Entered 08/14/15 14:51:22    Desc Main
Document        Page 22 of 26

| | | |
|---|---|---|
| Federal Income Tax Withholding | 36.22 | 190.87 |
| Medicare Employee | 30.07 | 151.36 |
| Pa State Income Tax | 64.61 | 325.15 |
| Penna UC/SDI Employee Contrib | 1.53 | 7.71 |
| City of Philadelphia Wage Tax | 85.79 | 431.63 |
| Social Security EE | 128.60 | 647.21 |
| TIAA/Cref TSA | 87.54 | 440.42 |
| Transit pretax - Wage Works | 30.50 | 152.50 |

The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 1355455 |
| Check Date | 02/19/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay** 1653.06

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 02/14/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2222.58 | 8822.34 |
| Total Deductions | | 569.52 | 2255.51 |
| Total Net | | 1653.06 | 6566.83 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 0.48 |
| Regular | 80.00 | | 2038.46 | 7338.47 |
| Shift Differential | | 40.00 | 40.00 | 668.00 |
| | | 144.00 | 144.00 | |
| National Holiday | | | | 611.54 |
| PPL Scheduled | | | | 203.85 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 212.08 |
| United Healthcare Vision | 5.37 | 21.48 |
| Aetna Dental DMO Plan | 6.47 | 25.88 |
| Addt'l Life (1 to 5x salary) | 7.04 | 28.16 |
| Child Life Insurance | 2.31 | 9.24 |
| Healthcare FSA | 19.05 | 76.20 |
| Employer Match on Transit Prgm | 15.00 | 60.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 41.11 | 154.65 |
| Medicare Employee | 30.57 | 121.29 |
| Pa State Income Tax | 65.66 | 260.54 |
| Penna UC/SDI Employee Contrib | 1.56 | 6.18 |
| City of Philadelphia Wage Tax | 87.13 | 345.84 |
| Social Security EE | 130.71 | 518.61 |
| TIAA/Cref TSA | 88.90 | 352.88 |
| Transit pretax - Wage Works | 30.50 | 122.00 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 6231537556 | 1653.06 |

Pay Stub

CH The Children's Hospital of Philadelphia
Hope lives here.

34th & Civic Center Blvd
Philadelphia, PA 19104 United States of America

| | Number | 1344430 |
|---|---|---|
| | Check Date | 02/05/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Natasha J. Babb
1904 Penfield St
Philadelphia, PA 19138
US

**Net Pay  1641.05**

NON-NEGOTIABLE

| Name | Process Level | Department | Period End |
|---|---|---|---|
| Natasha J. Babb | HOSP | 15210 | 01/31/2015 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2204.59 | 6599.76 |
| Total Deductions | | 563.54 | 1685.99 |
| Total Net | | 1641.05 | 4913.77 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Group Term Life Imputed Income | | 0.12 | 0.12 | 0.36 |
| Regular | 72.00 | | 1834.62 | 5300.01 |
| Shift Differential | | 40.00 | 40.00 | 484.00 |
| | | 126.00 | 126.00 | |
| National Holiday | 8.00 | | 203.85 | 611.54 |
| PPL Scheduled | | | | 203.85 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| CHOP Preferred Care Plan | 53.02 | 159.06 |
| United Healthcare Vision | 5.37 | 16.11 |
| Aetna Dental DMO Plan | 6.47 | 19.41 |
| Addt'l Life (1 to 5x salary) | 7.04 | 21.12 |
| Child Life Insurance | 2.31 | 6.93 |
| Healthcare FSA | 19.05 | 57.15 |
| Employer Match on Transit Prgm | 15.00 | 45.00 |

| | | |
|---|---|---|
| Federal Income Tax Withholding | 38.52 | 113.54 |
| Medicare Employee | 30.31 | 90.72 |
| Pa State Income Tax | 65.10 | 194.88 |
| Penna UC/SDI Employee Contrib | 1.54 | 4.62 |
| City of Philadelphia Wage Tax | 86.42 | 258.71 |
| Social Security EE | 129.59 | 387.90 |
| TIAA/Cref TSA | 88.18 | 263.98 |
| Transit pretax - Wage Works | 30.50 | 91.50 |

Auto Deposit Distributions

| Account | Amount |
|---|---|
| 6231537556 | 1641.05 |